**NTCASCLM**

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Anthony D Vertino
7515 W Monroe
Niles, IL 60714
SSN: xxx–xx–2455 EIN: N.A.
dba Anthony D Vertina Psyd PC

Catherine A Vertino
7515 W Monroe
Niles, IL 60714
SSN: xxx–xx–4520 EIN: N.A.

Case No. : 19–10654
Chapter : 13
Judge : Jacqueline P. Cox

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Prosper Marketplace Inc.

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to LVNV Funding, LLC of your claim in the above matter, designated Claim No. 29 . If no objections are filed by you on or before November 7, 2019 the Court shall substitute LVNV Funding, LLC in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: October 18, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court