NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:
Anthony D Vertino
7515 W Monroe
Niles, IL 60714
SSN: xxx−xx−2455  EIN: N.A.
dba Anthony D Vertina Psyd PC

Catherine A Vertino
7515 W Monroe
Niles, IL 60714
SSN: xxx−xx−4520  EIN: N.A.

Case No. : 19−10654
Chapter : 13
Judge : Jacqueline P. Cox

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Prosper Marketplace Inc.

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to LVNV Funding, LLC of your claim in the above matter, designated Claim No. 29 . If no objections are filed by you on or before November 7, 2019 the Court shall substitute LVNV Funding, LLC in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: October 18, 2019

<u>Jeffrey P. Allsteadt</u> , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 19-10654-JPC
Anthony D Vertino                                                     Chapter 13
Catherine A Vertino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: cward1              Page 1 of 1                Date Rcvd: Oct 18, 2019
                               Form ID: ntcasclm         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db/jdb          +Anthony D Vertino,    Catherine A Vertino,    7515 W Monroe,    Niles, IL 60714-2543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27946531        +E-mail/Text: bncmail@w-legal.com Oct 19 2019 02:02:25     Prosper Marketplace Inc.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 2 Catherine A Vertino cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              David H Cutler    on behalf of Debtor 1 Anthony D Vertino cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom  Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                               TOTAL: 4